July 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DENNIS D. SHAVER, Appellant

NO. 14-13-00585-CV            V.

WELLS FARGO BANK, NA AS TRUSTEE FOR NCMT 2008-1, Appellee

_____

This cause, an appeal from the judgment signed March 21, 2013 in favor of appellee Wells Fargo Bank, NA as Trustee for NCMT 2008-1, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Dennis D. Shaver to pay all costs incurred in this appeal.

We further order this decision certified below for observance.